UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

     -v.-                 :     INFORMATION

MIGUEL PADILLA,             :     09 CRIM. 853
    a/k/a "Mike,"
             Defendant.  :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/09

### COUNT ONE

The United States Attorney charges:

1. On or about September 3, 1994, in the Southern District of New York, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit, a conspiracy to distribute fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," MIGUEL PADILLA, a/k/a "Mike," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly killed, and counseled, commanded, induced, procured, and caused the intentional killing of Livino Ortega in the vicinity of Minford Place and East 173rd Street, Bronx, New York.

(Title 21, United States Code, Section 848(e)(1)(A);
and Title 18, United States Code, Section 2.)

### COUNT TWO

The United States Attorney further charges:

2. On or about September 3, 1994, in the Southern District of New York, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit, a

conspiracy to distribute fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," MIGUEL PADILLA, a/k/a "Mike," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly killed, and counseled, commanded, induced, procured, and caused the intentional killing of Fernando Garrido, a/k/a "Fernando Reyes," in the vicinity of Minford Place and East 173rd Street, Bronx, New York.

(Title 21, United States Code, Section 848(e)(1)(A); and Title 18, United States Code, Section 2.)

## COUNT THREE

The United States Attorney further charges:

3. On or about October 9, 1994, in the Southern District of New York, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit, a conspiracy to distribute fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," MIGUEL PADILLA, a/k/a "Mike," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly killed, and counseled, commanded, induced, procured, and caused the intentional killing of Leonard Overman, a/k/a "Boo," in the vicinity of Crotona Park and Southern Boulevard, Bronx, New York.

(Title 21, United States Code, Section 848(e)(1)(A); and Title 18, United States Code, Section 2.)

## COUNT FOUR

The United States Attorney further charges:

4. On or about December 13, 1994, in the Southern District of New York, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit, a conspiracy to distribute fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," MIGUEL PADILLA, a/k/a "Mike," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly killed, and counseled, commanded, induced, procured, and caused the intentional killing of Carmen Diaz, in the vicinity of 1993 Bathgate Avenue, Bronx, New York.

(Title 21, United States Code, Section 848(e)(1)(A);
and Title 18, United States Code, Section 2.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

===

**UNITED STATES OF AMERICA**

v.

**MIGUEL PADILLA,
a/k/a "Mike,"**


**Defendant.**

===

**SEALED INFORMATION**

09 Cr.        (HB)

Title 21, United States Code, Section 848(e)(1)(A), Title 18, United States Code, Section 2

---

PREET BHARARA
United States Attorney.

===