UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

  - against -

SEALED DEFENDANT 1,

        Defendant.

------------------------------------------X

09 Cr. 853 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-14

Sweet, D.J.

    Defendant's letter dated November 1, 2014 will be treated as a motion to modify his term of supervised release, and shall be heard at 4:30 PM on Tuesday, December 2, 2014, in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

New York, NY
November 5, 2014

ROBERT W. SWEET
U.S.D.J.